IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD MITCHELL,

      Petitioner,           No. CIV S-12-0780 DAD P

   vs.

W. KNIPP, Warden,

      Respondent.      <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for leave to file a supplemental memorandum of points and authorities in support of his petition.

      In the interest of justice, the court will grant petitioner thirty days leave to file a supplemental memorandum of points and authorities in support of his petition. The court previously directed respondent to file a response to the petition. Under these circumstances, the court will direct respondent to file any response to the petition within sixty days of the date of service of petitioner's supplemental memorandum of points and authorities. In the event that respondent needs additional time, respondent may file a motion for an extension of time with the court.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to file a supplemental memorandum of points and authorities in support of his petition (Doc. No. 9) is granted;

2. Within thirty days of the date of service of this order petitioner shall file any supplemental memorandum of points and authorities in support of his petition; and

3. Respondent shall file a response to petitioner's petition within sixty days of service of petitioner's supplemental memorandum of points and authorities.

DATED: May 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mitc0780.supp