1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD MITCHELL,                          No.  2: 12-cv-0780 TLN DAD P

12                    Petitioner,

13            v.                                 ORDER

14    W. KNIPP,

15                    Respondent.

16

17          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254.  On April 8, 2013, the undersigned issued findings and

19    recommendations which recommended that federal habeas relief be denied.  Thereafter, on April

20    19, 2013, petitioner filed a motion to appoint counsel and a motion for a 30 day extension of time

21    to file objections to the April 8, 2013 findings and recommendations.  By order dated May 22,

22    2013, petitioner's motion for the appointment of counsel was denied and petitioner was granted a

23    30 day extension of time to file his objections to the pending findings and recommendations.

24          On June 3, 2013, petitioner filed a document styled "Motion for Investigator – (FED) (if-

25    not) Judicial Econ. Resources Better Court Control of Time."  Therein, petitioner explains that he

26    has asked his sister to obtain his medical and mental health records from various medical facilities

27    and he advises the court that he has been transferred to another prison and has lost the services of

28    his former jailhouse lawyer.  Petitioner appears to be requesting a stay of these proceedings until

1

1   he receives his medical records, a new jailhouse lawyer and/or the appointment of counsel, and an

2   appointed investigator to help him obtain his medical records.  The court will construe

3   petitioner's motion as a request for a further extension of time to file objections to the pending

4   April 8, 2013 findings and recommendations.  Although petitioner's request for an extension of

5   time will be granted, his requests for a "stay" of this action and for the appointment of counsel

6   and/or an investigator will be denied for lack of good cause.

7          Accordingly, IT IS ORDERED that:

8          1.  Petitioner's June 3, 2013 motion for an investigator (Doc. No. 35), construed to include

9   a request for an extension of time to file objections is denied in part and granted in part.

10          2.  Petitioner is granted 30 days from the date of this order to file objections to the April 8,

11   2013 findings and recommendations.  No further extensions of time will be granted for this

12   purpose absent a showing of substantial cause.

13          3.  Petitioner's request for the appointment of counsel and/or an investigator is denied.

14          4.  Petitioner's request for a stay of this action is also denied.

15   Dated:  July 9, 2013

16

17   _____

18   DAD:8                           DALE A. DROZD
     Mitchell780.o                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28