UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MITCHELL,<br><br>        Petitioner,<br><br>   v.<br><br>W. KNIPP,<br><br>        Respondent. | No. 2:12-cv-0780 TLN DAD P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was denied on November 8, 2013, and judgment was entered on that same date. On November 14, 2013, petitioner filed a motion to "withdraw" his habeas petition pending exhaustion of his claims based on "newly discovered issues" in state court. Petitioner's motion is not contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, the motion will be placed in the court file and disregarded. No orders will issue in response to future filings by petitioner in this closed habeas action.

      IT IS SO ORDERED.

Dated: November 26, 2013

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Mitchell780.158

1